Adam B. Nach – 013622
Allison M. Lauritson – 022185
Helen K. Santilli – 032441
**LANE & NACH, P.C.**
2001 E Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com
Email: helen.santilli@lane-nach.com

*Attorneys for Gayle Eskay Mills, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEGUNDA CORP.,<br><br>Debtor.<br><hr>GAYLE ESKAY MILLS, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANTS CAPITAL ACCESS, LLC, a New York limited liability company;<br><br>Defendant. | (Chapter 7 Case)<br><br>Case No. 4:18-bk-03653-BMW<br><br>*Adv. No. 4:19-ap-00178-BMW*<br><br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Debbie McKernan, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Plaintiff, and in accordance with Federal Rules of Bankruptcy Procedure 7004 and 7005, hereby certify that on May 2, 2019, I caused to be delivered by depositing with the United States Post Office by First Class Mail, postage prepaid, the *Summons in an Adversary Proceeding* and a copy of the *Adversary Complaint* and such documents were addressed as follows:

| | |
|---|---|
| Merchants Capital Access, LLC<br>525 Broadhollow Road, #200<br>Melville, NY 11747 | Merchants Capital Access, LLC<br>525 Broadhollow Road<br>Melville, NY 11747 |

DATED: May 2, 2019.

                                */s/ Debbie McKernan*
                                Debbie McKernan